UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-61119-CIV-AMC/HUNT

VSI SALES, LLC, a Pennsylvania
limited liability company, STRUCTURES U.S.
LLC, a Kentucky limited liability Company, and
STRUCTURES U.S.A., LLC, a Kentucky limited
liability company,

        Plaintiffs,

v.

ANTHONY DISIMONE, an individual,
ANGELA DISIMONE, an individual, and
ENGINEERED POLE STRUCTURES, LLC, a
Florida limited liability company,

        Defendants.
_____/

### NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

Plaintiffs VSI SALES, LLC, STRUCTURES U.S. LLC, and STRUCTURES U.S.A., LLC; and Counterclaim Defendants NOVA STRUCTURES, INC. and NOVA U.S., INC.; and Defendants ANTHONY DISIMONE, ANGELA DISIMONE, and ENGINEERED POLE STRUCTURES, LLC, by their respective undersigned counsel, hereby file the parties' proposed Order Scheduling Mediation.

| | |
|---|---|
| /s/ Bernardo Burstein | /s/ Eric Lee |
| Bernardo Burstein, Esq. (Bar No.972207) | Eric Lee, Esq. (Bar No. 961299) |
| Burstein & Assoc., P.A. | Lee & Amtzis, P.L. |
| bburstein@bursteinpa.com | lee@leeamlaw.com |
| 13744 Biscayne Boulevard | 5550 Glades Rd., Ste. 401 |
| N. Miami Beach, FL  33181 | Boca Raton, FL  33431 |
| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
| **and Counterclaim Defendants** | **and Counterclaim Plaintiffs** |
| | |
| **VSI SALES, LLC** | **ANTHONY DISIMONE** |
| **STRUCTURES U.S. LLC** | **ANGELA DISIMONE** |
| **STRUCTURES U.S.A., LLC** | **ENGINEERED POLE** |
| **NOVA STRUCTURES, INC.** |    **STRUCTURES,LLC** |
| **NOVA U.S., INC.** | |

CASE NO.:  20-61119-CIV-AMC/HUNT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: March 8, 2021

_____
ERIC LEE (Bar No. 961299)
lee@leeamlaw.com
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL  33431
Telephone:  (561) 981-9988
**Attorneys for Defendants**
**ANTHONY DISIMONE**
**ANGELA DISIMONE**
**ENGINEERED POLE STRUCTURES, LLC**

CASE NO.:  20-61119-CIV-AMC/HUNT

## SERVICE LIST

**Attorneys for Plaintiffs and Counterclaim Defendants**
**VSI SALES, LLC**
**STRUCTURES U.S. LLC**
**STRUCTURES U.S.A., LLC**
**NOVA STRUCTURES, INC.**
**NOVA U.S., INC.**

Burstein & Assoc., P.A.
Bernardo Burstein, Esq.
bburstein@bursteinpa.com
bursteinandassociates@gmail.com
13744 Biscayne Boulevard
N. Miami Beach, FL  33181